IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIRECTV, INC., a California corporation,

    Plaintiff,                                          No. CIV S-04-2304 JFM PS

    vs.

MARCUS WIGGINS,

    Defendant.                                      <u>ORDER</u>

_____/

        On May 4, 2005, counsel for plaintiff filed a notice of settlement of the instant action. Good cause appearing, IT IS HEREBY ORDERED that:

        1. In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before May 31, 2005.

        2. All hearing dates set in this matter are vacated.

        3. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

DATED: May 9, 2005.

                                                                        UNITED STATES MAGISTRATE JUDGE

001; directvwigg.045