IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIRECTV, INC., a California corporation,

    Plaintiff,

vs.

MARCUS WIGGINS,

    Defendant.

_____/

No. CIV S-04-2304 JFM

<u>ORDER DISMISSING DEFENDANT MARCUS WIGGINS AND RETAINING JURISDICTION</u>

HAVING READ AND CONSIDERED the Stipulation for Voluntary Dismissal of Defendant MARCUS WIGGINS and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant MARCUS WIGGINS is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorney's fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant MARCUS WIGGINS to enforce the terms described above of the Settlement Agreement between

1

1  those parties dated May 3, 2005 and hereby refers any further proceedings in this action to
2  enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.
3  DATED: June 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/directvwigg.dm